DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
California State Bar No. 130005
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2458
    Facsimile: (213) 894-7819

Attorneys for Federal Defendants
Willie Montgomery, Jeff Utter and
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

LACV03-8127 TJH PLAx

| | |
|---|---|
| VETERAN SHARRELL FULLER,<br><br>    Plaintiff,<br><br>v.<br><br>WESTSIDE RESIDENTIAL HALL; JERRY FORD; WILLIE MONTGOMERY; JEFF UTTER AND JACQUELINE HUNT,<br><br>    Defendant. | No. CV<br><br>**ORDER CORRECTING CAPTION** |

    The Court having received a Notice of Substitution and a duly executed Certification from the United States Attorney attesting to the fact that Defendants Willie Montgomery and Jeff Utter were acting within the course and scope of their employment with the United States Department of Veterans Affairs at all time material to the incidents alleged in the Complaint, and having considered the provisions of the Federal Employees Liability Reform and Tort Compensation Act of 1988 (Public Law

N:\RMonteleone\fuller\removal\sub order.wpd



100-694), 28 U.S.C. § 2679(d) authorizing the substitution of the United States of America as the defendant herein, in place and instead of defendants Willie Montgomery and Jeff Utter as to Plaintiff's common law tort allegations.

IT IS HEREBY ORDERED that the caption in this case to changed to read as follows:

| | |
|---|---|
| VETERAN SHARRELL FULLER, ) | No. CV |
| Plaintiff, ) | |
| v. ) | |
| WESTSIDE RESIDENTIAL ) HALL; JERRY FORD; WILLIE ) MONTGOMERY; JEFF UTTER ) JACQUELINE HUNT, AND ) UNITED STATES OF AMERICA ) | |
| Defendants. ) | |

DATED: 11/16/03

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney

Attorney for Federal Defendants
Willie Montgomery, Jeff Utter and
United States of America

N:\RMonteleone\fuller\removal\sub order.wpd                2

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On November 7, 2003, I served **ORDER CORRECTING CAPTION** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: November 7, 2003. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

Veteran Sharrell Fuller
Plaintiff, Pro Per
733 South Hindry Avenue, #E211/807-C
Inglewood, California 90301

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: November 7, 2003 at Los Angeles, California.

Janice Micheaux